UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMBRI SEAN JOHNSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, et al., <br><br> Defendants. | No. 2:19-cv-1053-EFB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff alleges that venue is proper in this district because he cannot obtain a "full & fair hearing" in the United States District Court for the Northern District of California because that is where he was convicted. ECF No. 1 at 1-2. The gist of plaintiff's complaint is that his conviction was obtained through a vast conspiracy involving numerous defendants, at least one of whom allegedly resides in this district (former Governor Brown), and others located in the Northern District. *See id.* at 2-3.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, any potential claims arose in San Mateo County, where plaintiff was tried and convicted. Although venue could also be proper in this district given plaintiff's inclusion of one or more defendants alleged to reside here, the court finds that the interests of justice will be better served by transferring this case to the Northern District of California, which spans thirteen counties in addition to San Mateo County. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern District of California. *See* 28 U.S.C. § 1404(a).

Dated: June 13, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE